## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | 3:09-md-02100-DRH |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | MDL No. 2100 |
| | ) | |

**This Document Relates To:**

*Donna Licot v. Bayer HealthCare*      No. 10-cv-13382-DRH
*Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on June 25, 2015, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.


JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  _/s/Caitlin Fischer_
      Deputy Clerk

Digitally signed
by David R.
Herndon
Date: 2015.06.26
15:21:58 -05'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT